UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    LAWRENCE L. HERB, JR.          NO. 1-18-bk-02872 HWV
                                                                   Chapter 13

CAB EAST LLC/FORD MOTOR CREDIT CO. LLC    ANSWER TO
                                                                   MOTION TO COMPEL
V.
LAWRENCE L. HERB, JR., Debtor                Assumption or Rejection

Charles DeHart, III, Trustee

ANSWER OF DEBTOR, LAWRENCE L. HERB, JR., TO MOTION OF
CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC TO
COMPEL ASSUMPTION OR REJECTION OF A MOTOR VEHICLE LESE
RE: 2017 FORD ESCAPE MOTOR VEHICLES 11 USC § 365(d)(2)

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Admitted in part, denied in part. Debtor admits that account is due for September 2, 2018 and that there are eighteen (18) regular payments remaining on the lease at a monthly payment of Three Hundred and sixty three and 05/100 ($363.05) Dollars. Debtor denies that the approximate balance is Six Thousand Eight Hundred ninety seven and 95/100 ($6,897.95) Dollars. Debtor is without information sufficient to form a belief relative to any additional expenses, interest or the estimated residual value of the vehicle.

6.    Admitted.

7.    Denied. Debtor has filed an amended Chapter 13 Plan assuming the lease
.

WHEREFORE, Debtor, Lawrence L. Herb, Jr. prays this Honorable Court to dismiss the Motion of CAB East, LLC by Ford Motor Credit Company, LLC.

GRIFFITH, LERMAN, LUTZ & SCHEIB

By: _____
PAUL G. LUTZ, Esquire
ID 39901
Attorney for Debtor
110 South Northern Way
York, PA 17402
plutz@gslsc.com
(717) 757-7602

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    LAWRENCE L. HERB, JR.　　　　　　　　　　NO. 1-18-bk-02872 HWV
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

CAB EAST LLC/FORD MOTOR CREDIT CO. LLC　　ANSWER TO
　　　　　　　　　　　　　　　　　　　　　　　　MOTION TO COMPEL
    V.
LAWRENCE L. HERB, JR., Debtor　　　　　　　　Assumption or Rejection

Charles DeHart, III, Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2018, he served a true and correct copy of the Answer Of Debtor, Lawrence L. Herb, Jr., To Motion of Cab East, Llc/Ford Motor Credit Company, Llc to Compel Assumption or Rejection of a Motor Vehicle Lese Re: 2017 Ford Escape Motor Vehicles 11 Usc § 365(D)(2) by United States Mail, First Class, Certified, Return Receipt Requested, postage prepaid and electronic filing if available on the following:

Charles J. DeHart, III, Trustee　　　　　　Howard Gershman, Esquire
8125 Adams Avenue, Suite A　　　　　　　　610 York Road, Suite 200
Hummelstown PA 17036　　　　　　　　　　Jenkintown PA 19046

Lawrence L. Herb, Jr.
3513 Turnberry Drive
Chambersburg PA 17202

　　　　　　　　　　　　　　　　　　　　GRIFFITH, LERMAN, LUTZ & SCHEIB

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　PAUL G. LUTZ, Esquire
　　　　　　　　　　　　　　　　　ID 39901
　　　　　　　　　　　　　　　　　Attorney for Debtor

110 South Northern Way
York, PA 17402
plutz@gslsc.com
(717) 757-7602