In re:  
Lawrence L Herb, Jr.  
    Debtor

Case No. 18-02872-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: KADavis     Page 1 of 1     Date Rcvd: Aug 28, 2018  
                    Form ID: ntcnfhrg     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.

```
db              +Lawrence L Herb, Jr.,    3513 Turnberry Drive,    Chambersburg, PA 17202-8143
5082747        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
5096288         +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5084102        ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                  Detroit, MI. 48255-0953)
5082748         Ford Motor Credit Company,    PO Box 220564,    Pittsburgh, PA 15257-2564
5082750         M & T Bank,    PO Box 619063,    Dallas, TX 75261-9063
5082751        +Megan Herb,    778 Carl Circle,    Greencastle, PA 17225-8555
5082752         Navient School Loans,    PO Box 9635,    Wilkes Barre, PA 18773-9635
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5082749        +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 28 2018 19:09:01      Kohls,    PO Box 3115,
                  Milwaukee, WI 53201-3115
5099699         E-mail/Text: camanagement@mtb.com Aug 28 2018 19:09:06      M&T BANK,    PO BOX 840,
                  Buffalo, NY 14240
5098436         E-mail/PDF: pa_dc_claims@navient.com Aug 28 2018 19:10:29      SLM BANK,
                  C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5099377*        SLM BANK,    C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard   Gershman    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Paul G Lutz    on behalf of Debtor 1 Lawrence L Herb, Jr. plutz@gslsc.com,
               r65363@notify.bestcase.com
              Paul G Lutz    on behalf of Trustee Charles J DeHart, III (Trustee) plutz@gslsc.com,
               r65363@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lawrence L Herb Jr.,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−02872−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 17, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 24, 2018  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 28, 2018 |

ntcnfhrg (03/18)