UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    LAWRENCE L. HERB, JR.

NO. 1-18-02872 HWV
CHAPTER 13

CAB EAST, LLC/FORD MOTOR CREDIT CO., LLC
  vs
LAWRENCE L. HERB, JR., DEBTOR
CHARLES DeHART, III, Trustee

MOTION TO COMPEL
ASSUMPTION OR REJECTION

### REQUEST TO REMOVE MATTER
### FROM HEARING LIST FOR SEPTEMBER 18, 2018

CHECK ONE

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[xxxx] The undersigned counsel certifies as follows:

(1) A settlement in the matter has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2) If a stipulation is not filed or hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3) Contemporaneously with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

DATE: September 13, 2018

GERSHMAN LAW OFFICES, PC

BY: _____
Howard Gershman, Esquire
610 York Road, Suite 200
Jenkintown, PA 19046
Tel: 215.886.1120
Fax: 215.886.1118

Copy to:
Charles J. DeHart, III, Trustee - *[via electronic filing]*
8125 Adams Avenue, Suite A
Hummelstown, PA 17036

Paul G. Lutz, Esquire
Griffith Lerman Lutz & Scheib
110 South Northern Way
York, PA 17402