**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lawrence L Herb, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number  1:18-bk-02872

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**3513 Turnberry Drive**
Street address, if available, or other description

**Chambersburg**  **PA**  **17202-0000**
City  State  ZIP Code

**Franklin**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $165,000.00
**Current value of the portion you own?**  $165,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................=>**   $165,000.00

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

| Debtor 1 | Lawrence L Herb, Jr. | | Case number *(if known)* | 1:18-bk-02872 |
|---|---|---|---|---|

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   | 3.1 | Make: | **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|---|
   | | Model: | **Truck** | ■ Debtor 1 only | |
   | | Year: | **1997** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
   | | Approximate mileage: | 151640 | ☐ Debtor 1 and Debtor 2 only | |
   | | Other information: | | ☐ At least one of the debtors and another | |
   | | | | ☐ Check if this is community property (see instructions) | $1,500.00 / $1,500.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>   **$1,500.00**

**Part 3: Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | 2 Refrigerators, chest freezer, microwave, dishwasher, bedroom suite, kitchen table and four chairs, couch, recliner, pots and pans, dishware, cutlery, glassware, bakeware, household linens, small yard tools | $3,300.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | 40" TV, 36" TV, cell phone | $1,200.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---:|
| **Baritone Horn, Trombone, Golf Clubs** | $2,500.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.....

| | |
|---|---:|
| **Standard mens wardrobe** | $300.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe.....

| | |
|---|---:|
| **Wedding band, three watches, necklace** | $500.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☒ Yes. Give specific information.....

| | |
|---|---:|
| **John Deere LT 180 Riding Mower** | $2,000.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................. | **$9,800.00** |

**Part 4:** Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes.................................................................................................

| | |
|---|---:|
| **Cash** | $20.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes.....................

    Institution name:

| | | | |
|---|---|---|---:|
| 17.1. | **Checking** | **Patriot Federal Credit Union** | $1,347.30 |

| Debtor 1 | Lawrence L Herb, Jr. | Case number *(if known)* | 1:18-bk-02872 |
|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
    Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:          Institution name:

    **Pension**                **PA State Police**                                              **Unknown**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | Lawrence L Herb, Jr. | Case number *(if known)* | 1:18-bk-02872 |
|---|---|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Fed OPM | David A. Herb | $25,000.00 |
| Met Life | David A. Herb | $5,000.00 |
| Met Life | David A. Herb | $3,000.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................... **$34,367.30**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

| Debtor 1 | Lawrence L Herb, Jr. | Case number *(if known)* | 1:18-bk-02872 |
|---|---|---|---|

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... $0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................................ $165,000.00
56. **Part 2: Total vehicles, line 5**  $1,500.00
57. **Part 3: Total personal and household items, line 15**  $9,800.00
58. **Part 4: Total financial assets, line 36**  $34,367.30
59. **Part 5: Total business-related property, line 45**  $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00
61. **Part 7: Total other property not listed, line 54**  + $0.00

62. **Total personal property.** Add lines 56 through 61...  $45,667.30   Copy personal property total   $45,667.30

63. **Total of all property on Schedule A/B**. Add line 55 + line 62   $210,667.30



THE
PINEAPPLE
GROUP

August 27, 2018

Larry L Herb
3513 Turnberry Drive
Chambersburg, PA 17202


Re: Competitive Market Analysis (CMA), 3513 Tunberry Dr property


Dear Mr. Herb

Thank you for extending the courtesy of viewing and walking through your property on Saturday, August 25th. It was a pleasure to meet you.

Please find attached my CMA of five(5) sold properties that I believe generally comparable to your home. The closing net values from these properties range from $187,000 to $200,000. However, I have also compared these five(5) overall property conditions and general upkeep to your property at 3513 Turnberry Dr and must advise that I believe to successfully market your home you would have to discount the CMA values a minimum of 15% or more in order for it to be a marketable home. **In my opinion the current marketable value of your home is $165,000.**

If you need any additional information please do not hesitate to contact me.


Regards

Jim Nicklas
The Pineapple Group LLC
PA License # 339499


5 N. SECOND ST. | CHAMBERSBURG, PA 17201 | 717.446.0043 | THEPINEAPPLEGROUP.CO


# COMPARATIVE MARKET ANALYSIS



**3513 TURNBERRY DR
CHAMBERSBURG, PA 17202**

Prepared exclusively for
## Larry L Herb

Prepared on
August 27, 2018



Researched and prepared by
James Nicklas
The Pineapple Group, LLC.
5 N 2nd Street
Chambersburg, PA 17201
(717) 860-0794


Real Estate in Real Time℠

James Nicklas | (717) 860-0794 | jim@thepineapplegroup.co
The Pineapple Group, LLC. | (717) 446-0043

Copyright© 2018 Metropolitan Regional Information Systems, Inc. Information believed to be accurate, but should not be relied upon without verification. Accuracy of square footage, lot size, schools, and other information is not guaranteed.

COMPETITIVE MARKET ANALYSIS DISCLOSURE: This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in checking the listings, offering or sale price of the real property. Information is made available "As Is". MRIS is not responsible for any advice, acts or omissions by any Broker, Agent or any Third Party.

## CMA Pricing Comparables

| | Subject | Comparable 1 | Comparable 2 | Comparable 3 |
|---|---|---|---|---|
| |  3513 TURNBERRY DR CHAMBERSBURG, 17202 PA Scot Greene |  171 CHANCELLOR DR CHAMBERSBURG FL10171929 |  2689 WILLIAMSBURG CIR CHAMBERSBURG FL10082917 |  260 ARBUTUS DR CHAMBERSBURG FL10072681 |
| Status | | SOLD | SOLD | SOLD |
| DOMM | | 24 | 190 | 150 |
| Seller Subsidy | | 11,940 | 6,150 | 0 |
| Transaction Type | | Standard | Standard | Potential Short Sale |
| Property Cond | | Shows Well | | Shows Well |
| List Date | | 03/05/2018 | 10/16/2017 | 10/03/2017 |
| Settled Date | | 02-July-2018 | 21-June-2018 | 06-June-2018 |
| Contract Date | | 28-Mar-2018 | 18-Apr-2018 | 02-Mar-2018 |
| List Price | | $199,000 | $214,900 | $209,000 |
| Close Price | | $199,000 | $205,000 | $200,000 |
| Style | Colonial | Colonial | Colonial | Colonial |
| Type | | Detached | Detached | Detached |
| Levels | 3 | 3 | 3 | 2 |
| Year Built | 0 | 1994 | 1991 | 1998 |
| Total Bedrooms | 4 | 3 | 4 | 4 |
| Baths Full/Half | 2 / 1 | 3 / 0 | 2 / 1 | 2 / 1 |
| # of Fireplaces | 1 | 0 | 0 | 0 |
| # Gar/Car/ParkSp | 2 Car/-/- | 2/-/- | 2/-/- | 2/-/- |
| Exterior Features | | | | r, Patio, Sidewalks, Underground Utilities |
| Exterior Constr | Vinyl | Brick and Siding | Siding - Vinyl | Brick and Siding |
| Basement Type | Unfinished | Unfinished | utside Entrance, Shelving, Walkout Stairs | Full, Unfinished |
| Cooling System | Electric | Ceiling Fan(s), Central Air Conditioning | Central Air Conditioning | Central Air Conditioning |
| Cooling Fuel Sys | | Electric | Electric | Electric |
| Heat System | Electric | Heat Pump(s) | Forced Air, Heat Pump(s) | Forced Air |
| Heat Fuel | | Electric | Electric | Natural Gas |
| Living Area | 2368 | 1,960 | 2,072 | 1,904 |
| Price PER SQFT | | 101.53 | 98.94 | 105.04 |
| Tax Total Liv Ar | 2368 | | | |
| TLA Prc PER SQF | | $0.00 | $0.00 | $0.00 |
| Lot Size (Sqft/Ac) | 11326/- | 12197/0.28 | 17860/0.41 | 12632/0.29 |
| Total Value | $ | $199,000 | $205,000 | $200,000 |


Real Estate in Real Time™

James Nicklas | (717) 860-0794 | jim@thepineapplegroup.co
The Pineapple Group, LLC. | (717) 446-0043

Copyright© 2018 Metropolitan Regional Information Systems, Inc. Information believed to be accurate, but should not be relied upon without verification. Accuracy of square footage, lot size, schools, and other information is not guaranteed.
COMPETITIVE MARKET ANALYSIS DISCLOSURE: This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in checking the listings, offering or sale price of the real property. Information is made available "As Is". MRIS is not responsible for any advice, acts or omissions by any Broker, Agent or any Third Party.

Prepared on August 27, 2018

# CMA Pricing Comparables

| | Subject | Comparable 4 | Comparable 5 | |
|---|---|---|---|---|
| | <br>3513 TURNBERRY DR<br>CHAMBERSBURG, 17202 PA<br>Scot Greene | <br>906 SOLLENBERGER RD<br>CHAMBERSBURG<br><br>FL9959958 | <br>1381 4TH AVE<br>CHAMBERSBURG<br><br>FL9900389 | |
| Status | | SOLD | SOLD | |
| DOMM | | 102 | 4 | |
| Seller Subsidy | | 6,000 | 5,910 | |
| Transaction Type | | Standard | Standard | |
| Property Cond | | Renov/Remod, Shows Well | | |
| List Date | | 05/27/2017 | 03/29/2017 | |
| Settled Date | | 21-November-2017 | 31-May-2017 | |
| Contract Date | | 26-Oct-2017 | 03-Apr-2017 | |
| List Price | | $210,000 | $199,900 | |
| Close Price | | $200,000 | $197,000 | |
| Style | Colonial | Colonial | Colonial | |
| Type | | Detached | Detached | |
| Levels | 3 | 2 | 3 | |
| Year Built | 0 | 1992 | 1992 | |
| Total Bedrooms | 4 | 4 | 4 | |
| Baths Full/Half | 2 / 1 | 2 / 1 | 2 / 1 | |
| # of Fireplaces | 1 | 0 | 0 | |
| # Gar/Car/ParkSp | 2 Car/-/- | 2/-/- | 2/-/- | |
| Exterior Features | | Fenced - Rear, Deck | Deck, Fenced - Rear | |
| Exterior Constr | Vinyl | Brick, Siding - Vinyl | Siding - Vinyl | |
| Basement Type | Unfinished | | Full, Fully Finished | |
| Cooling System | Electric | Central Air Conditioning, Ceiling Fan(s) | Central Air Conditioning | |
| Cooling Fuel Sys | | Electric | Electric | |
| Heat System | Electric | Baseboard | Heat Pump(s) | |
| Heat Fuel | | Electric | Electric | |
| Living Area | 2368 | 2,221 | 4,092 | |
| Price PER SQFT | | 90.05 | 48.14 | |
| Tax Total Liv Ar | 2368 | | | |
| TLA Prc PER SQF | | $0.00 | $0.00 | |
| Lot Size (Sqft/Ac) | 11326/- | 18295/0.42 | 9148/0.21 | |
| Total Value | $ | $200,000 | $197,000 | |


Real Estate in Real Time™

James Nicklas | (717) 860-0794 | jim@thepineapplegroup.co
The Pineapple Group, LLC. | (717) 446-0043

Copyright© 2018 Metropolitan Regional Information Systems, Inc. Information believed to be accurate, but should not be relied upon without verification. Accuracy of square footage, lot size, schools, and other information is not guaranteed.
COMPETITIVE MARKET ANALYSIS DISCLOSURE: This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in checking the listings, offering or sale price of the real property. Information is made available "As Is". MRIS is not responsible for any advice, acts or omissions by any party or any third party. Prepared on August 27, 2018

# COMPARATIVE MARKET ANALYSIS

## CMA Map Layout
This page displays the Map for the CMA Subject and your comparables.



**Subject Property:**
  1 - 3513 TURNBERRY DR

**Comparable Properties:**
  2 - 171 Chancellor Dr
  3 - 2689 Williamsburg Cir
  4 - 260 Arbutus Dr
  5 - 906 Sollenberger Rd
  6 - 1381 4Th Ave



James Nicklas | (717) 860-0794 | jim@thepineapplegroup.co
The Pineapple Group, LLC. | (717) 446-0043

Copyright© 2018 Metropolitan Regional Information Systems, Inc. Information believed to be accurate, but should not be relied upon without verification. Accuracy of square footage, lot size, schools, and other information is not guaranteed.
COMPETITIVE MARKET ANALYSIS DISCLOSURE: This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in checking the listings, offering or sale price of the real property. Information is made available "As Is". MRIS is not responsible for any advice, acts or omissions by any Broker, Agent or any Third Party.

# COMPARATIVE MARKET ANALYSIS

## CMA Statistics Detail

### SOLD — 5 LISTINGS

| | Price when initially entered | | | | | Price at time of sale | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sold Price | - Subsidy | = Net Price | / Orig. Price | = % Of | Sold Price | - Subsidy | = Net Price | / List Price | = % Of | DOMM | DOMP | Age |
| 171 Chancellor Dr | $199,000 | $11,940 | $187,060 | $199,000 | 94.00 | $199,000 | $11,940 | $187,060 | $199,000 | 94.00 | 24 | 24 | 24 |
| 2689 Williamsburg Cir | 205,000 | $6,150 | $198,850 | $214,900 | 92.53 | $205,000 | $6,150 | $198,850 | $214,900 | 92.53 | 190 | 190 | 27 |
| 260 Arbutus Dr | 200,000 | $0 | $200,000 | $229,900 | 86.99 | $200,000 | $0 | $200,000 | $209,000 | 95.69 | 150 | 150 | 20 |
| 906 Sollenberger Rd | 200,000 | $6,000 | $194,000 | $230,000 | 84.35 | $200,000 | $6,000 | $194,000 | $210,000 | 92.38 | 102 | 102 | 26 |
| 1381 4Th Ave | 197,000 | $5,910 | $191,090 | $199,900 | 95.59 | $197,000 | $5,910 | $191,090 | $199,900 | 95.59 | 4 | 214 | 26 |
| Low | $197,000 | $0 | $187,060 | $199,000 | 84.35 | $197,000 | $0 | $187,060 | $199,000 | 92.38 | 4 | 24 | 20 |
| High | $205,000 | $11,940 | $200,000 | $230,000 | 95.59 | $205,000 | $11,940 | $200,000 | $214,900 | 95.69 | 190 | 214 | 27 |
| Median | $200,000 | $6,000 | $194,000 | $214,900 | 92.53 | $200,000 | $6,000 | $194,000 | $209,000 | 94.00 | 102 | 150 | 26 |
| Average | $200,200 | $6,000 | $194,200 | $214,740 | 90.69 | $200,200 | $6,000 | $194,200 | $206,560 | 94.04 | 94 | 136 | 25 |

### Report Totals    Properties: 5

| | List Price: | / Orig. List Price: | = % of: | Sold Price: | - Subsidy: | = Net Price: | DOMM: | DOMP: | Age: |
|---|---|---|---|---|---|---|---|---|---|
| Low | $199,000 | $199,000 | 84.35 | $197,000 | $0 | $187,060 | 4 | 24 | 20 |
| High | $214,900 | $230,000 | 95.59 | $205,000 | $11,940 | $200,000 | 190 | 214 | 27 |
| Median | $209,000 | $214,900 | 92.53 | $200,000 | $6,000 | $194,000 | 102 | 150 | 26 |
| Average | $206,560 | $214,740 | 90.69 | $200,200 | $6,000 | $194,200 | 94 | 136 | 25 |

**MRIS®** Real Estate in Real Time™

James Nicklas | (717) 860-0794 | jim@thepineapplegroup.co
The Pineapple Group, LLC. | (717) 446-0043

Prepared on August 27, 2018

Copyright© 2018 Metropolitan Regional Information Systems, Inc. Information believed to be accurate, but should not be relied upon without verification. Accuracy of square footage, lot size, schools, and other information is not guaranteed.

COMPETITIVE MARKET ANALYSIS DISCLOSURE: This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in checking the listings, offering or sale price of the real property. Information is made available "As Is". MRIS is not responsible for any advice, acts or omissions by any Broker, Agent or any Third Party.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Lawrence | L | Herb, Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 1:18-bk-02872 | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                           4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3513 Turnberry Drive Chambersburg, PA 17202 Franklin County**<br>Line from *Schedule A/B*: **1.1** | $165,000.00 | ■ $23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **1997 Ford Truck 151640 miles**<br>Line from *Schedule A/B*: **3.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2 Refrigerators, chest freezer, microwave, dishwasher, bedroom suite, kitchen table and four chairs, couch, recliner, pots and pans, dishware, cutlery, glassware, bakeware, household linens, small yard tools**<br>Line from *Schedule A/B*: **6.1** | $3,300.00 | ■ $3,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **40" TV, 36" TV, cell phone**<br>Line from *Schedule A/B*: **7.1** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | Lawrence L Herb, Jr. | | Case number (if known) | 1:18-bk-02872 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Baritone Horn, Trombone, Golf Clubs**<br>Line from *Schedule A/B*: **9.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Standard mens wardrobe**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Wedding band, three watches, necklace**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **John Deere LT 180 Riding Mower**<br>Line from *Schedule A/B*: **14.1** | $2,000.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: Patriot Federal Credit Union**<br>Line from *Schedule A/B*: **17.1** | $1,347.30 | ■ $1,347.30<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Pension: PA State Police**<br>Line from *Schedule A/B*: **21.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| **Fed OPM**<br>**Beneficiary: David A. Herb**<br>Line from *Schedule A/B*: **31.1** | $25,000.00 | ■ $8,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| **Met Life**<br>**Beneficiary: David A. Herb**<br>Line from *Schedule A/B*: **31.2** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| **Met Life**<br>**Beneficiary: David A. Herb**<br>Line from *Schedule A/B*: **31.3** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes