UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Lawrence L. Herb, Jr.,
    Debtor

Chapter 13

1:18-bk-2872-HWV

Notice

The confirmation hearing on the 2nd Amended Plan ("Plan") has been scheduled for the Debtor at the following date, time and location:

    Date: November 21, 2018    Time: 9:30 am
    Location: 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Floor) Ronald Reagan Federal Building, Harrisburg, PA 17101

The deadline for filing objections to confirmation of the Plan is November 14, 2018.

**For cases before the Hon. Robert N. Opel, II and Hon. John J. Thomas (indicated in the Case No. with the initials "RNO" or "JJT" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials ("HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: October 10, 2018    Filed by:    /s/ Paul G. Lutz
    110 South Northern Way
    York PA 17402

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Lawrence L. Herb, Jr.,      Chapter 13
    Debtor

                 1:18-bk-2872-HWV

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, a copy the Notice of Hearing and Second Amended Chapter 13 Plan was served electronically or by regular United States Mail to all interested parties, the Trustee and all creditors listed below.

| | | |
|---|---|---|
| Bank of America<br>PO Box 15019<br>Wilmington DE 19886 | Ford Motor Company<br>PO Box 220564<br>Pittsburgh PA 15257 | Kohls<br>PO Box 3115<br>Milwaukee WI 53201 |
| M&T Bank<br>PO Box 900 Millsboro<br>Millsboro DE 19966-0900 | Navient School Loans<br>PO Box 9635<br>Wilkes Barre PA 18773 | Charles J. DeHart, III<br>8125 Adams Drive #A<br>Hummelstown PA 17036 |
| M&T Bank<br>55 S Main St<br>Chambersburg PA 17201 | Megan Herb<br>778 Carl Circle<br>Greencastle PA 17225 | |

Date: October 15, 2018            /s/ Paul G. Lutz
                                                       110 South Northern Way
                                                       York PA 17402