LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Lawrence L. Herb, Jr.

CHAPTER __13__

CASE NO. _1_-_18_-bk-_2872 HWV_

**Debtor(s)**
Charles J. DeHart, III, Trustee
M&T Bank

ADVERSARY NO. __-__ ·ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Lawrence L. Herb, Jr.

Nature of Proceeding: _____

Confirmation Hearing

**Defendant(s)/Respondent(s)** : Document #: _____

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Attorney for Debtor is out of the state on this date

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _11/12/2018_

_____
Attorney for Debtor

Name: Paul G. Lutz

Phone Number: 717-757-7602

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.