UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LAWRENCE L. HERB, JR.<br>Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| LAWRENCE L. HERB, JR.<br>Respondent(s) | : | CASE NO. 1-18-bk-02872 |

### WITHDRAWAL OF TRUSTEE'S OBJECTION TO AMENDED EXEMPTIONS

AND NOW, this 6th day of December, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Amended Exemptions filed on or about September 28, 2018 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

### CERTIFICATE OF SERVICE

AND NOW, this 6th day of December, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Lutz, Esquire
110 South Northern Way
York, PA 17402

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee