```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-02872-HWV
Lawrence L Herb, Jr.                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: KADavis            Page 1 of 1            Date Rcvd: Dec 10, 2018
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db             +Lawrence L Herb, Jr.,   3513 Turnberry Drive,   Chambersburg, PA 17202-8143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard  Gershman    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Paul G Lutz    on behalf of Debtor 1 Lawrence L Herb, Jr. plutz@gslsc.com,
               r65363@notify.bestcase.com
              Paul G Lutz    on behalf of Trustee Charles J DeHart, III (Trustee) plutz@gslsc.com,
               r65363@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Lawrence L. Herb, Jr. | : | Chapter 13 |
| | Debtor | : | 1:18-bk-02872 |
| | Charles J. DeHart, III, Trustee | : | Motion to Continue Hearing |
| | M&T Bank | : | With Concurrence |
| | Movants | : | |
| | | : | |
| | v | : | |
| | | : | Proposed Order for Motion |
| | Lawrence L. Herb, Jr. | : | to Continue Hearing |
| | Defendant/Respondent | : | |

ORDER

Upon consideration of the Debtor's Motion for a continuance of the confirmation hearing, it is hereby

ORDERED that the Motion is GRANTED and the Debtor's confirmation hearing is continued to February 13, 2019 at 9:30 AM.

Dated: December 10, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JG)