UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Lawrence L. Herb, Jr.,             Chapter 13
    Debtor

1:18-bk-2872-HWV

Notice

The confirmation hearing on the 4th Amended Plan ("Plan") has been scheduled for the Debtor at the following date, time and location:

    Date:     December 11, 2019         Time: 9:30 am
    Location:   3rd & Walnut Sts, Bankruptcy Courtroom (3rd Floor) Ronald Reagan Federal Building, Harrisburg, PA 17101

The deadline for filing objections to confirmation of the Plan is December 4, 2019.

**For cases before the Hon. Robert N. Opel, II and Hon. John J. Thomas (indicated in the Case No. with the initials "RNO" or "JJT" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials ("HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: November 8, 2019                        Filed by:     /s/ Paul G. Lutz
                                                                                110 South Northern Way
                                                                                York PA 17402

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Lawrence L. Herb, Jr.,
    Debtor

Chapter 13

1:18-bk-2872-HWV

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, a copy the Notice of Hearing and Fourth Amended Chapter 13 Plan was served electronically or by regular United States Mail to all interested parties, the Trustee and all creditors listed below.

Bank of America
PO Box 15019
Wilmington DE 19886

Ford Motor Company
PO Box 220564
Pittsburgh PA 15257

Kohls
PO Box 3115
Milwaukee WI 53201

M&T Bank
PO Box 900 Millsboro
Millsboro DE 19966-0900

Navient School Loans
PO Box 9635
Wilkes Barre PA 18773

Charles J. DeHart, III
8125 Adams Drive #A
Hummelstown PA 17036

M&T Bank
55 S Main St
Chambersburg PA 17201

Megan Herb
778 Carl Circle
Greencastle PA 17225

Date: August 2, 2019

/s/ Paul G. Lutz
110 South Northern Way
York PA 17402