UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Lawrence L. Herb, Jr. : Chapter 13

       Debtor : 1:18-bk-02872

Motion to Incur Debt

AMENDED CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, a copy of the Motion to Incur Debt was served by electronically or by first class regular United States mail to the recipients listed below:

| United States Trustee | Charles J. DeHart, III. Trustee | Bank of America |
| Ustregion03.ha.ecf@usdoj.gov | TWecf@pamd13 trustee.com | PO Box 15019 |
| | | Wilmington DE 19886-5019 |

| Ford Motor Credit Company | Kohls | M&T Bank |
| PO Box 220564 | PO Box 3115 | 55 S Main Street |
| Pittsburgh PA 15257-2564 | Milwaukee WI 53201 | Chambersburg PA 17201 |

| Megan Herb | M&T Bank | Navient School Loand |
| 778 Carl Circle | PO box 619063 | PO Box 9635 |
| Greencastle PA 17225 | Dallas TX 75261-9063 | Wilkes Barre PA 18773-9635 |

GRIFFITH, LERMAN, LUTZ & SCHEIB

By: _/s/ Paul Lutz_
PAUL G. LUTZ, Esquire
ID 39901
Attorney for Debtor
110 South Northern Way
York, PA 17402
plutz@gslsc.com
(717) 757-7602 Fax (717) 757-3783