United States Bankruptcy Court
Middle District of Pennsylvania

In re:            Case No. 18-02872-HWV
Lawrence L Herb, Jr.            Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 14, 2020      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

**Recip ID**      **Recipient Name and Address**
  +   MS SARAH E HERB, 3513 TURNBERRY DRIVE, CHAMBERSBURG, PA 17202-8143

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

**Name**      **Email Address**

Charles J DeHart, III (Trustee)
     TWecf@pamd13trustee.com

Howard Gershman
     on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

James Warmbrodt
     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

Karl M Ledebohm
     on behalf of Creditor Members 1st Federal Credit Union kledebohm@epix.net

Paul G Lutz
     on behalf of Debtor 1 Lawrence L Herb Jr. plutz@gslsc.com, r65363@notify.bestcase.com

Paul G Lutz
     on behalf of Trustee Charles J DeHart III (Trustee) plutz@gslsc.com, r65363@notify.bestcase.com

United States Trustee
               ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Lawrence L. Herb, Jr. | : CASE NO: 1-18-bk-02872-HWV |
| DEBTOR | : |
| MEMBERS 1ST FEDERAL CREDIT UNION | : 11 U.S.C. Section 362 & 1301 <br> : Motion for Relief from Automatic Stay |
| MOVANT | : |
| vs. | : |
| Lawrence L. Herb, Jr., (Debtor) <br> Sarah E. Herb (Co-debtor) <br> Charles DeHart, III, Trustee <br> Respondents | : |

## ORDER

**AND NOW,** upon consideration of the stipulation filed on October 13, 2020 (the "Stipulation") between Member's 1st Federal Credit Union ("Members 1st"), Lawrence J. Herb, Jr., ("Debtor"), Sarah E. Herb ("Co-Debtor") and Charles J. DeHart, III, Chapter 13 Trustee, in connection with the Motion for Relief from the Automatic Stay of 11 U.S.C. Section 1301 as to Co-Debtor and of 11 U.S.C. Section 362 as to Debtor filed on behalf of Members 1st in the above captioned matter, **IT IS HEREBY ORDERED THAT** the Motion is **APPROVED**. A further Order of the Court shall be necessary to lift the Automatic Stay.

Dated: October 14, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)