United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                               Case No. 18-02872-HWV

Lawrence L Herb, Jr.                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                        Page 1 of 2

Date Rcvd: Dec 06, 2023                  Form ID: pdf010                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5140947 | + Email/Text: camanagement@mtb.com | Dec 06 2023 18:39:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023                     Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Howard Gershman | on behalf of Creditor CAB East  LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Karl M Ledebohm | on behalf of Creditor Members 1st Federal Credit Union kledebohm@epix.net |
| Paul G Lutz | on behalf of Former Trustee Charles J DeHart  III (Trustee) plutz@gslsc.com, r65363@notify.bestcase.com |

Paul G Lutz
                on behalf of Debtor 1 Lawrence L Herb  Jr. plutz@gslsc.com, r65363@notify.bestcase.com

United States Trustee
                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                  :    CHAPTER 13
                                       :
LAWRENCE L HERB                        :    CASE NO. 1-18-bk-02872-HWV
                                       :
                                       :
        Debtor                         :
                                       :
JACK N. ZAHAROPOULOS, TRUSTEE :
        Objectant                      :
                                       :
        vs.                            :
                                       :
M&T BANK                               :
                                       :
                                       :
        Claimant                       :


## ORDER


    Upon consideration of the Trustee's Objection to Claim No 17 of M&T Bank, Doc.

87, and following Notice to Claimant Re Filing of Objection to Claim and allowing an

opportunity to respond, and no response having been filed, it is

    ORDERED that Claim No. 17 of M&T Bank is deemed untimely filed.



                                By the Court,


                                Henry W. Van Eck, Chief Bankruptcy Judge
                                Dated: December 6, 2023