UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LAWRENCE L. HERB, JR.,
    Debtor 1

CHAPTER 13

1:18-bk-2872-HWV

## ORDER

Upon consideration of the foregoing Motion of the debtor, it is hereby ORDERED that his case be reopened in order to allow him to timely file his Certificate of Debtor Education and obtain a discharge.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE L. HERB, JR.,<br>Debtor 1 | CHAPTER 13<br><br>1:18-bk-2872-HWV |

## MOTION TO REOPEN CASE IN ORDER TO FILE FORMS REQUIRED FOR DISCHARGE

The Motion of the debtor, Lawrence L. Herb, Jr., avers the following:

1. A Petition under Chapter 13 of the Bankruptcy Code was filed on July 18, 2018.

2. The Court closed this case without entering a discharge because the debtor failed to timely file his Certification of Debtor Education and Personal Financial Management.

3. The debtor completed his Debtor Education and Personal Financial Management course on March 26, 2024 and a copy of his Certificate of Debtor Education is attached hereto.

WHEREFORE, the debtor requests that this Court enter an Order reopening the case pursuant to 11 U.S.C. Section 350(b) so that the attached Certificate of Debtor Education may be filed and the debtor may obtain a discharge.

GRIFFITH, LERMAN, LUTZ & SCHEIB

Date: April 16, 2024

By: _____
STEPHEN M. HICKEY, ESQUIRE
Attorney I.D. #321658
110 South Northern Way
York, Pennsylvania 17402
Telephone (717) 757-7602
Fax (717) 757-3783
shickey@gslsc.com

Certificate Number: 14912-PAM-DE-038320259

Bankruptcy Case Number: 18-02872


14912-PAM-DE-038320259

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 26, 2024, at 9:14 o'clock PM EDT, Lawrence Herb completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 26, 2024           By: /s/Jai Bhatt

                               Name: Jai Bhatt

                               Title: Counselor