| In re: | Case No. 18-02872-HWV |
|---|---|
| Lawrence L Herb, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf010 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence L Herb, Jr., 3513 Turnberry Drive, Chambersburg, PA 17202-8143 |
| 5082751 | + | Megan Herb, 778 Carl Circle, Greencastle, PA 17225-8555 |
| 5082752 | | Navient School Loans, PO Box 9635, Wilkes Barre, PA 18773-9635 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5082747 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2024 18:46:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 5096288 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 18 2024 18:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5105521 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2024 18:49:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5084102 | | Email/Text: EBNBKNOT@ford.com | Apr 18 2024 18:47:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 5082748 | | Email/Text: EBNBKNOT@ford.com | Apr 18 2024 18:47:00 | Ford Motor Credit Company, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 5082749 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 18 2024 18:46:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5082750 | | Email/Text: camanagement@mtb.com | Apr 18 2024 18:46:00 | M & T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5099699 | | Email/Text: camanagement@mtb.com | Apr 18 2024 18:46:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 5140947 | + | Email/Text: camanagement@mtb.com | Apr 18 2024 18:46:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 5358709 | + | Email/Text: unger@members1st.org | Apr 18 2024 18:47:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5098436 | | Email/PDF: pa_dc_claims@navient.com | Apr 18 2024 18:49:45 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5104914 | | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2024 18:49:44 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |

| | | |
| --- | --- | --- |
| 5102204 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 5099377 | * | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Howard Gershman | on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Karl M Ledebohm | on behalf of Creditor Members 1st Federal Credit Union kledebohm@epix.net |
| Paul G Lutz | on behalf of Former Trustee Charles J DeHart III (Trustee) plutz@gslsc.com, r65363@notify.bestcase.com |
| Paul G Lutz | on behalf of Debtor 1 Lawrence L Herb Jr. plutz@gslsc.com, r65363@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE L. HERB, JR.,<br>　　Debtor 1 | CHAPTER 13<br><br>1:18-bk-2872-HWV |

### ORDER

Upon consideration of the Debtor's Motion to Reopen Case, Doc. 96, it is

**ORDERED** that the Motion is **GRANTED**. The above-captioned case is reopened for the limited purpose of allowing the Debtor to file a Certificate of Debtor Education. Such Certification, to the extent not already filed, shall be filed within 14 days or the case may be reclosed without further notice and without entry of discharge.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 18, 2024