Certificate Number: 14912-PAM-DE-038320259

Bankruptcy Case Number: 18-02872


14912-PAM-DE-038320259

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 26, 2024, at 9:14 o'clock PM EDT, Lawrence Herb completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 26, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor